

**OUTTEN & GOLDEN** LLP

Advocates for Workplace Fairness

June 11, 2024

**Via ECF**
The Honorable Cathy Seibel
United States District Court for the
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

  Re: *Frattarola et al. v. Prosegur Security USA Inc.*, No. 23 Civ. 137 (CS)

Dear Judge Seibel:

  We represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter and write jointly with counsel for Defendant to request a brief stay of discovery deadlines. With the assistance of a private mediator, this morning the parties tentatively reached agreement on material terms to resolve the class and collective claims in this litigation, subject to additional approval by Defendant's headquarters officials in Spain. In light of this pending resolution, the parties now request a brief 15-day stay of the remaining discovery deadlines. Plaintiffs are currently scheduled to depose two fact witnesses on June 12 and June 13, ahead of the June 15 deadline to complete fact discovery. The parties seek to conserve the resources that would be spent continuing to prepare for and taking these depositions by briefly postponing the fact discovery deadline. Should the parties not ultimately reach a resolution within this 15-day window, Plaintiffs will promptly complete the depositions. The parties have conferred, and Defendant has agreed to make those witnesses available for those depositions on June 20 and June 27.

  Specifically, the parties request the following modifications. The parties will further update the Court as to whether a term sheet is reached and, if so, will propose further deadlines for execution of a full settlement agreement and submission of a motion for Court-approval of the settlement.

| Event | Current Deadlines (ECF No. 40) | Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery | June 15, 2024 | June 30, 2024 |
| Pre-Motion Letters | June 13, 2024 | June 28, 2024, or two weeks prior to the case management conference |
| Case Management Conference | June 27, 2024 at 2:30 p.m. | July 15, 2024, or a date convenient to the Court |

New York 685 3rd Ave 25th Floor, New York, NY 10017 T (212) 245-1000 F (646) 509-2060
San Francisco 1 California Street, 12th Floor, San Francisco, CA 94111 T (415) 322-1391 F (415) 638-8810
Washington, DC 1225 New York Ave NW, Suite 1200B, Washington, DC 20001 T (202) 914-5097 F (202) 847-4410
outtengolden.com mail@outtengolden.com

Hon. Cathy Seibel
June 11, 2024
Page 2 of 2

      This is the third request for a modification of the schedule.  The first request, on October 13, 2023, was to pause discovery while the parties attended a private mediation session.  ECF No. 21.  That request was granted in part.  ECF No. 22.  The second request, on March 4, 2024, was to provide more time to complete discovery in light of a breakdown in the discovery meet and confer process and Defendant's delayed document productions.  ECF No. 33.  That request was granted.  ECF No. 40.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      Molly Brooks

cc:    All Counsel of Record (via ECF)

Application granted.  Fact discovery cutoff extended to 6/30/24. Conference adjourned to July 15, 2024 at 11:15 am (in person). Pre-motion letters, if any, due 7/1/24, with responses due 7/8/24.

SO ORDERED.

6/12/24

CATHY SEIBEL, U.S.D.J.

The Clerk shall terminate ECF No. 59.