IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FRATTAROLA and LUCIANO CARBONE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROSEGUR SECURITY USA, INC.,<br><br>    Defendant. | Case No. 7:23-CV-000137<br><br>**AMENDED NOTICE OF APPEARANCE** |

Notice is hereby given of the amendment of entry of the undersigned as attorneys for Defendant PROSEGUR SECURITY USA, INC., in the above-entitled action. All further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned.

Dated: June 14, 2024

                                          Mueller Law Group
                                          *s/ Benjamin Suess*
                          By:_____
                                            Benjamin Suess, Esq.
                                            19 Engle Street
                                            Tenafly, New Jersey 07670
                                            bsuess@muellerfirm.com
                                            (o) 201-567-4969
                                            (f) 201-567-4793
                                            (c) 917-400-2984