UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE FRATTAROLA and LUCIANO CARBONE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PROSEGUR SECURITY USA INC.,<br><br>　　　　　　Defendant. | Case No. 7:23-cv-00137-CS |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION
SETTLEMENT, APPOINTMENT OF CLASS COUNSEL, AND
APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement, and the Declaration of Molly A. Brooks in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement and exhibit attached thereto, Plaintiffs respectfully request that the Court enter an Order:

　　(1)　　Granting preliminary approval of the Settlement Agreement and Release, attached as Exhibit 1 to the Brooks Declaration;

　　(2)　　Conditionally certifying the settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the Settlement;

　　(3)　　Appointing Outten & Golden LLP as Class Counsel;

(4)     Approving the proposed Notice and Claim Form, attached as Exhibits A through G to the Settlement Agreement, and directing their distribution; and

(5)     Appointing ILYM Group, Inc. as the Settlement Administrator;

(6)     Scheduling a hearing on final approval of the settlement; and

(7)     Ordering such further relief as the Court deems just and proper.

Dated: August 7, 2024
      New York, NY

Respectfully submitted,

/s/ Molly A. Brooks
Molly A. Brooks
**OUTTEN & GOLDEN LLP**
Molly A. Brooks
Michael C. Danna
Amy L. Maurer
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
mb@outtengolden.com
mdanna@outtengolden.com
amaurer@outtengolden.com

*Attorneys for Plaintiffs and the Putative Classes and Collective*