**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOE FRATTAROLA and LUCIANO CARBONE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PROSEGUR SECURITY USA INC.,

Defendant.

Case No. 7:23-cv-00137-CS

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement and the Declaration of Molly A. Brooks and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) Granting final approval of the Settlement Agreement and Release, attached as Exhibit 1 to the Brooks Declaration;

(2) Finally certifying the settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the Settlement;

(3) Incorporating the terms of the Settlement Agreement; and

(4) Retaining jurisdiction solely for purposes of enforcing the Settlement Agreement.

* * *

Plaintiffs also submit a Proposed Order for the Court's convenience.

Dated: May 7, 2025

New York, NY

Respectfully submitted,

*/s/ Molly A. Brooks*______________

Molly A. Brooks
**OUTTEN & GOLDEN LLP**
Molly A. Brooks
Michael C. Danna
Amy L. Maurer
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
mb@outtengolden.com
mdanna@outtengolden.com
amaurer@outtengolden.com

*Attorneys for Plaintiffs and the Putative Classes and Collective*